Opinion approved by the Court.

**HOWARD v. STATE.**

No. 26423.

Court of Criminal Appeals of Texas.

May 6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

714

WOODLEY, Judge.

The offense is driving a motor vehicle while intoxicated; the punishment, a fine of $50.

The record contains no statement of facts or bills of exception. All proceedings appear regular and nothing is presented for review.

The judgment is affirmed.